UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   2:21-cv-8417-JWH (MAR) | Date:  February 9, 2022 |
| Title:   *Kevin Stewart v. The People of the State of California* | |

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) SECOND ORDER TO SHOW CAUSE RE:  FAILURE TO PROSECUTE**

On October 15, 2021, Petitioner Kevin Stewart ("Petitioner"), proceeding pro se, constructively filed[1] the instant Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") pursuant to 28 U.S.C. § 2254 ("section 2254") challenging the state courts' denials of his requests for the record and/or the transcript of a ruling at a hearing.  ECF Docket No. ("Dkt.") 1 at 2.  On November 5, 2021, this Court issued a Minute Order identifying deficiencies in the Petition, dismissing the Petition with leave to amend, and giving Petitioner until November 26, 2021, to file a First Amended Petition.  Dkt. 3 at 1–2.

On January 4, 2022, the Court issued an Order to Show Cause giving Plaintiff until January 25, 2022, to show why this action should not be dismissed for failure to prosecute.  Dkt. 6.  Plaintiff was warned that "**failure to follow [the Court's] instructions may result in the case being dismissed**."  Id. (emphasis in original).  To date, Petitioner has failed to comply with the Court's Minute Order or otherwise correspond with the Court.

Accordingly, Petitioner shall file a First Amended Petition within fourteen (14) days of this Order, **by February 23, 2022**, or this action **will** be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

| | : |
|---|---|
| **Initials of Preparer** | eb |

---

[1] Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to court, the court deems the pleading constructively "filed" on the date it is signed.  Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010) (citation omitted).