**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN STEWART, | Case No. 2:21-cv-08417-JWH-MAR |
| Plaintiff, | |
| v. | JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendant. | |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: June 13, 2022

HONORABLE JOHN W. HOLCOMB
United States District Judge